UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GREGORY HAMRICK,                    )
                                    )
            Plaintiff,              )
                                    )
      vs.                           )        Case No. 4:04CV01343 AGF
                                    )
JO ANNE B. BARNHART,                )
Commissioner of Social Security     )
Administration,                     )
                                    )
            Defendant.              )

## JUDGMENT

Pursuant to the Memorandum and Order issued herein on this date,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the decision of

the Commissioner is **REVERSED,** and this case is **REMANDED** to the Commissioner

for further proceedings.


_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated on this 22nd day of March, 2006.